Conformed Copy

Mónica Balderrama (SBN 196424)
Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Email: MBalderrama@InitiativeLegal.com
Email: SWestrick@InitiativeLegal.com
Attorneys for Plaintiff Summer York

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUMMER YORK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and STARBUCKS COFFEE COMPANY, a Washington corporation,<br><br>Defendants. | Case Number: CV08-07919 R (FFMx)<br><br>**PLAINTIFF'S DEMAND FOR TRIAL BY JURY** |

1 | TO THE CLERK OF THE ABOVE ENTITLED COURT, ALL PARTIES,
2 | AND THEIR ATTORNEYS OF RECORD:
3 |     Plaintiff Summer York hereby demands a trial by jury.

5 | Dated: December 2, 2008

Respectfully submitted,
Initiative Legal Group LLP

By: *[signature]*
Mónica Balderrama
Shawn Westrick
Attorneys for Plaintiff Summer York