Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
Email: SWestrick@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Attorneys for Plaintiff Summer York

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUMMER YORK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and STARBUCKS COFFEE COMPANY, a Washington corporation,<br><br>Defendants. | Case Number: 08-CV-07919-R (FFMx)<br><br>**CLASS ACTION<br>AND CALIFORNIA LABOR CODE<br>PRIVATE ATTORNEYS GENERAL<br>ACTION**<br><br>**NOTICE OF RELATED CASE** |

1  Pursuant to L.R. 83-1.3.1, Plaintiff hereby gives notice that this matter appears to be related to <u>Jose Castro v. Starbucks Corporation, et al.</u>, Case No. 08-CV-05425-GAF (PJWx).

These actions appear to involve similar causes of action and class action allegations by employees against the same defendant pertaining to rest periods, meal periods, and violations of California Business & Professions Code § 17200, et seq.

Dated: January 13, 2009

Respectfully submitted,
Initiative Legal Group LLP

By: /s/ Rebecca Labat
Mónica Balderrama
Shawn Westrick
Rebecca Labat
Attorneys for Plaintiff Summer York

-1-
NOTICE OF RELATED CASE