CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
CYNTHIA S. CHOU (SBN 246330)
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com
cchou@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310.229.1000
Facsimile:   310.229.1001

Attorneys for Defendant Starbucks Corporation
dba Starbucks Coffee Company

REBECCA LABAT (SBN 221241)
MATTHEW T. THERIAULT (SBN 244037)
ORLANDO ARELLANO (SBN 234073)
RLabat@InitiativeLegal.com
OArellano@InitiativeLegal.com
MTheriault@InitiativeLegal.com
**INITIATIVE LEGAL GROUP LLP**
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone:   310.556.5637
Facsimile:   310.861.9051

Attorneys for Plaintiff Summer York

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUMMER YORK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and STARBUCKS COFFEE COMPANY, a Washington Corporation,<br><br>Defendants. | Case No. CV08-07919 GAF (PJWx)<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[[Proposed] Order lodged concurrently]<br><br>Judge:   Gary A. Feess<br><br>Date Action Filed: December 2, 2008<br><br>Crtrm:   740 |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

This Stipulation is entered into by and between Plaintiff SUMMER YORK ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant"), based upon the following facts:

1. On April 20, 2009, the Court held a scheduling conference;
2. At the conference, the Court ordered that the parties meet and confer and submit a joint proposed order regarding the briefing schedule for Plaintiff's motion for class certification; and
3. The parties met and conferred on April 24, 2009.

Based on the foregoing, the parties hereby stipulate as follows:

1. Plaintiff's deadline to file motion for class certification: August 17, 2009.
2. Defendant's deadline to file opposition: September 21, 2009.
3. Plaintiff's deadline to file reply: October 5, 2009.
4. Hearing on the motion: October 19, 2009 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: May 4, 2009          AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ Mark R. Curiel
        Mark R. Curiel
Attorneys for Defendant Starbucks Corporation
dba Starbucks Coffee Company

Dated: May 4, 2009          INITIATIVE LEGAL GROUP LLP

By  /s/ Matthew Theriault
        Matthew Theriault
Attorneys for Plaintiff Summer York

1

JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CV08-07919 GAF (FFMx)

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 4, 2009, I served the foregoing document(s) described as: JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 4, 2009 at Los Angeles, California.

Tracy Howe
[Print Name of Person Executing Proof]

/s/ Tracy Howe
[Signature]

---

2
JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CV08-07919 GAF (FFMx)