**INITIATIVE LEGAL GROUP APC**
MARC PRIMO (SBN 216796)
MATTHEW T. THERIAULT (SBN 244037)
JENNIFER GROCK (SBN 245671)
MTheriault@InitiativeLegal.com
JGrock@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Attorneys for Plaintiff Summer York

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
CYNTHIA S. CHOU (SBN 246330)
gknopp@akingump.com
mcuriel@akingump.com
cchou@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310.229.1000
Facsimile:   310.229.1001
Attorneys for Defendant
Starbucks Corporation dba Starbucks Coffee Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUMMER YORK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and STARBUCKS COFFEE COMPANY, a Washington Corporation,<br><br>Defendants. | Case No. CV08-07919 GAF (PJWx)<br><br>**STIPULATION RE: CONTINUANCE OF CLASS CERTIFICATION DEADLINES**<br><br>Ctrm: 740-Roybal<br>Judge: Honorable Gary A. Feess<br><br>Discovery Cutoff: March 15, 2010<br>Pre-Trial Conference: April 19, 2010<br>Trial Date: May 18, 2010 |

CASE NO. 08-CV-07919-GAF (PJWx)          Page 1

STIPULATION RE: CONTINUANCE OF CLASS CERTIFICATION DEADLINES

THIS STIPULATION is hereby entered into by and between Plaintiff Summer York, individually, and on behalf of other members of the general public similarly situated (Plaintiff), and Defendant Starbucks Corporation dba Starbucks Coffee Company (Defendant) (collectively, the Parties), by their respective counsel of record.

The Parties hereby stipulate to a 60-day continuance of the briefing schedule and hearing date related to the motion for class certification as follows:

| Current Deadline Date | Proposed Deadline Date |
|---|---|
| Motion:         August 17, 2009 | Motion:         October 16, 2009 |
| Opposition:   September 21, 2009 | Opposition:   November 30, 2009 |
| Reply:           October 5, 2009 | Reply:           December 14, 2009 |
| Hearing Date: October 19, 2009 | Hearing Date: December 21, 2009 |

This stipulation is based on the following grounds:

- Plaintiff has requested that Defendant stipulate to a continuance of the certification schedule.

- Defendant does not object to Plaintiff's request for continuance, so long as Plaintiff agrees not to propound any further written discovery on class certification issues, and that Plaintiff notice any further depositions on the same such that they be completed prior to the current deadline of August 17, 2009 (without prejudice to any right of Plaintiff to move to compel discovery that has already been propounded and/or noticed prior to the date of this stipulation) (and without prejudice to any right of Plaintiff to seek any class merits discovery, as appropriate, following a ruling on the certification issue).

- The current briefing schedule and hearing dates related to the motion for class certification were set by the Court on May 5, 2009. At the time,

CASE NO. 08-CV-07919-GAF (PJWx)          Page 2

STIPULATION RE: CONTINUANCE OF CLASS CERTIFICATION DEADLINES

Plaintiff expected to complete all certification discovery in time for the certification filing deadline.

- To date, Plaintiff has propounded Interrogatories (four sets total), Requests for Production of Documents (RFPs) (two sets total), Requests for Admissions (one set total) and noticed five Rule 30(b)(6) depositions of Defendant.

- Defendant produced 318 pages of documents on or about April 6, 2009; an additional 3,624 pages of documents on or about May 11, 2009; and 3,218 pages of documents on or about July 10, 2009; in response to Plaintiff's RFPs. Defendant also responded to Interrogatories and Requests for Admissions.

- The parties are engaged in ongoing meet and confer efforts regarding Defendant's responses to Plaintiff's written discovery, including the potential production of any wage and time records, for which Plaintiff anticipates utilizing an expert to assess.

- Plaintiff took the deposition of Defendant's Rule 30(b)(6) witness on July 16, 2009, and anticipates taking other depositions.

- On June 5, 2009, Plaintiff moved to compel Defendant's further responses to Interrogatories, Set One, Nos. 1 and 3, which requested the contact information of class members.

- Plaintiff's motion was granted on June 30, 2009 and Defendant thereafter produced the contact information of approximately 125,000 class members on July 13, 2009.

- Plaintiff intends to contact putative class members prior to filing her motion for certification.

- Prior to contacting putative class members, Plaintiff intends to verify whether the last known contact information in Starbucks records is current

(i.e., the majority of putative class members are former employees of Defendant). In order to confirm and/or obtain the most recent and updated contact information of those putative class members, Plaintiff requests additional time.

- Plaintiff seeks additional time to review Defendant's documents, including the putative class member data.
- Plaintiff seeks to further meet and confer with Defendant on outstanding discovery issues relating to class certification and believes more progress and fewer motions to compel may be the outcome of an extension of the deadline by which Plaintiff must file her Motion for Class Certification.

**IT IS HEREBY STIPULATED THAT:**

- The filing, opposition, reply, and hearing of Plaintiff's Motion for Class Certification be continued to the dates as indicated above;
- Plaintiff agrees not to propound any further written discovery on class certification issues, and she shall notice any further depositions on the same such that they be completed prior to the current deadline of August 17, 2009;
- This agreement shall be without prejudice to any right of Plaintiff to move to compel discovery that has already been propounded and/or noticed prior to the date of this stipulation; and

///

CASE NO. 08-CV-07919-GAF (PJWx)        Page 4

STIPULATION RE: CONTINUANCE OF CLASS CERTIFICATION DEADLINES

- This agreement shall be without prejudice to any right of Plaintiff to seek any class merits discovery, as appropriate, following a ruling on the certification issue.

**IT IS SO STIPULATED.**

Dated: July 21, 2009                    INITIATIVE LEGAL GROUP APC


By: /s/ Matthew T. Theriault
    Matthew T. Theriault
Attorneys for Plaintiff Summer York


Dated:  July 21, 2009                   AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Mark R. Curiel
    Mark R. Curiel
    Cynthia S. Chou
Attorneys for Defendant Starbucks Corporation dba Starbucks Coffee Company

CASE NO. 08-CV-07919-GAF (PJWx)                 Page 5

STIPULATION RE: CONTINUANCE OF CLASS CERTIFICATION DEADLINES