**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
CYNTHIA S. CHOU (SBN 246330)
GALIT A. KNOTZ (SBN 252962)
gknopp@akingump.com
mcuriel@akingump.com
cchou@akingump.com
gknotz@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310.229.1000
Facsimile:   310.229.1001

Attorneys for Defendant Starbucks Corporation
dba Starbucks Coffee Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUMMER YORK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and STARBUCKS COFFEE COMPANY, a Washington Corporation,<br><br>Defendants. | Case No. CV08-07919 GAF (PJWx)<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S MOTION TO DENY CLASS CERTIFICATION**<br><br>Date:   October 19, 2009<br>Time:   9:30 a.m.<br>Ctrm:   740<br>Judge:   Gary A. Feess |

## COMPENDIUM OF EVIDENCE

**Declaration of Shanmug Muthukrishn:**

    Exhibit A:    Summer York's Punch Records.

**Declaration of Gregory W. Knopp:**

    Exhibit B:    Summer York's Deposition Transcript dated, June 12, 2009.

    Exhibit C:    Judge Fees' Order dated, 7/24/09.

    Exhibit D:    Letter sent from Matthew Theriault, Plaintiff's counsel to Mark Curiel dated, 7/29/09.

    Exhibit E:    Jana Rutt's Deposition Transcript dated, July 16, 2009.

    Exhibit F:    2004 Partner Guide

Dated: September 23, 2009        **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                        By /s/
                                               Gregory W. Knopp
                                            Attorneys for Defendants
                                           STARBUCKS CORPORATION

6401441

1

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S MOTION TO DENY CLASS CERTIFICATION            *CV08-07919 GAF*