# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV 08-7919-GAF(PJWx)   **Date:** January 19, 2010

**TITLE:** Summer York v. Starbucks Corp., et al CV 08-7919-GAF(PJWx)
================================================================
**PRESENT:**

### HON. PATRICK J. WALSH, MAGISTRATE JUDGE

| Isabel Martinez | CS 1/19/10 |
|---|---|
| **Deputy Clerk** | **Court Smart** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

  Jennifer Sheryl Grock                                         Mark Royce Curiel
  Matthew Thomas Theriault

**PROCEEDINGS:** Status Conference Re: Discovery Dispute (Plaintiffs' Request that Defendant Provide a Sampling of Final Pay Data)

Plaintiffs' request that Defendant provide information relating to 4,500 employees' last paycheck is granted. Defendant will provide Plaintiffs' counsel with this data no later than March 6, 2010. The cost of assembling the information will be split by the parties (up to a max of $10,000 total or $5,000 each side). If Defendant wishes, it may agree to a smaller sample (but not less than 2.5% or approximately 2,250 employees) with the understanding that Defendant will waive any objection it has to the size of the sample as being too small to produce valid, reliable results.

cc:

Jennifer Sheryl Grock                          Mark Royce Curiel
Matthew Thomas Theriault                Akin Gump Strauss Hauer and Feld
Initiative Legal Group LLP                  2029 Century Park East, Ste. 2400
1800 Century Park East 2nd Floor     Los Angeles, CA 90067
Los Angeles, CA 90067

S:\PJW\Cases-X\YORK\MO_Tele Conf.wpd

**MINUTES FORM 90**                                                              Initials of Deputy Clerk __im__
**CIVIL -- GEN**                                                                                                    :45